LYDIA M. SCHAIBLE, Respondent, v. RUDOLPH F. KLEEMAN, Appellant.— Final order of the County Court of Rockland county unanimously affirmed,

with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.